IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SCOTT AVERY** **PLAINTIFF**
**ADC #171985**

v. Case No. 4:18-cv-00911-KGB-JTR

**SHANE JONES, Sheriff,**
**Pope County,** *et al.* **DEFENDANT**

## ORDER

The Court has reviewed the Partial Recommended Disposition and Supplemental Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. Nos. 7, 17). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Partial Recommended Disposition and Supplemental Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*).

The Court therefore dismisses without prejudice plaintiff Scott Avery's claims against Sherry Wallis and Jason Koerth, and the Court dismisses with prejudice Mr. Avery's claims against Pope County Detention Center. The Court dismisses with prejudice Mr. Avery's request to press criminal charges against Sheriff Shane Jones and Ms. Wallis. As to Mr. Avery's remaining claims, the Court dismisses without prejudice those claims for failure to prosecute. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 19th day of December 2019.

_____
Kristine G. Baker
United States District Judge