IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SCOTT AVERY**                                                                                        **PLAINTIFF**
**ADC #171985**

**v.**                            **Case No. 4:18-cv-00911-KGB-JTR**

**SHANE JONES, Sheriff,**
**Pope County,** *et al.*                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Scott Avery's claims are dismissed consistent with the terms of the Order. The relief requested is denied.

So adjudged this the 19th day of December, 2019.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge